

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,568-02

### EX PARTE JOSE AGUSTIN ALVARADO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-0672-CR-A-B IN THE 25TH DISTRICT COURT
### FROM GUADALUPE COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of indecency with a child and sentenced to ten years' imprisonment.

On September 25, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law on a single allegation of ineffective assistance of counsel. On December 7, 2018, the trial court signed findings of fact and conclusions of law which address the ground pursuant to the remand order, but not Applicant's other seven grounds. The

trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: January 9, 2019
Do not publish